# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| SHALONDA CAMPBELL, | * | |
| ADC #710039 | * | |
|     Plaintiff, | * | |
| vs. | * | |
| | * | No. 4:10-cv-01090-SWW-JJV |
| CARL STOUT, Major, Hawkins Unit, | * | |
| Arkansas Department of Corrections; *et al.,* | * | |
| | * | |
|     Defendants. | * | |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the parties' objections. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.[1]

IT IS THEREFORE ORDERED that Ms. Campbell's Complaint is DISMISSED with prejudice. The requested relief is denied and any pending motions are denied as moot. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the Judgment and this Order adopting the recommendations would not be taken in good faith.

DATED this 19th day of November, 2010.

                                 /s/Susan Webber Wright
                                 UNITED STATES DISTRICT JUDGE

---

[1] After the Magistrate Judge entered his Proposed Findings and Recommended Disposition, plaintiff filed a motion for relief [doc.#27], essentially stating that a fellow inmate, Teresa Crockett, has filed lawsuits in her name, including the case at bar, and requests "money back on my books for all court fees." Plaintiff has filed with her motion what purports to be an affidavit from Crockett admitting she filed lawsuits in plaintiff's name. This "affidavit" lists Crockett's inmate number as 710038, a difference of one digit from plaintiff's inmate number of 710039, and the Arkansas Department of Correction's web site does not list an inmate by the name of Teresa Crockett or an inmate with an inmate number of 710038. Plaintiff's motion for relief has no factual support and accordingly is denied.