# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| SHALONDA CAMPBELL, | * | |
| ADC #710039 | * | |
|     Plaintiff, | * | |
| vs. | * | |
| | * | No. 4:10-cv-01090-SWW-JJV |
| CARL STOUT, Major, Hawkins Unit, | * | |
| Arkansas Department of Corrections; *et al.*, | * | |
| | * | |
|     Defendants. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 19th day of November, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE